Virginia Foster, defendant in error, v. Aurelius C. Turpin, plaintiff in error. Gen. No. 25,391.
Action for breach of promise to marry. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 10, 1921.
H. J. Rosenberg, for plaintiff in error; Irving Zimmerman, of counsel. M. C. Zacharias, for defendant in error; Beach & Beach, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

John Kinnan, defendant in error, v. The Charles B. Hurst Company, plaintiff in error. Gen. No. 26,186.
Action for injuries to employee, caused by falling from defective scaffold. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed January 10, 1921.
John Early, for plaintiff in error. S. P. Douthart, for defendant in error.
Mr. Presiding Justice Holdom delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. I. Jordon, plaintiff in error. Gen. No. 26,284.
Conviction on charge of disposing of mortgaged automobile with intent to defraud. Error to the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1920. Reversed. Opinion filed January 10; 1921.
Eugene L. McGarry, for plaintiff in error; Thomas E. Swanson, of counsel. Robert E. Crowe and Edward E. Wilson, for defendant in error.
Mr. Presiding Justice Holdom delivered the opinion of the court.

The People of the State of Illinois ex rel. Harry L. Cullett, defendant in error, v. City of Chicago et al., plaintiffs in error. Gen. No. 25,033.
Mandamus to compel superintendent of police to restore relator to office of patrolman. Judgment for relator. Error to the Circuit Court of Cook county; the Hon. Thomas Taylor, Jr., Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed January 10, 1921.
Samuel A. Ettelson, for plaintiffs in error; Roy S. Gaskill, of counsel. No appearance for defendant in error.
Mr. Justice Dever delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Nellie Meyer, plaintiff in error. Gen. No. 26,138.
Conviction on charge of contributing to delinquency of child. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed January 10, 1921.
Earl J. Walker, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.
Mr. Justice Dever delivered the opinion of the court.